CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:07-cv-05032-CPS-KAM

Kavourgias v. C.R. Bard, Inc. et al
Assigned to: Senior Judge Charles P. Sifton
Referred to: Magistrate Judge Kiyo A. Matsumoto
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 12/04/2007
Date Terminated: 01/15/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lynne Kavourgias**

represented by **Christoper R. LoPalo**
Napoli Bern, LLP
115 Broadway, 12th Floor
New York, NY 10006
212-267-3700
Fax: 212-587-0031
Email: clopalo@napolibern.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.**

represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
620 Eighth Avenue
37th Floor
New York, NY 10018-1405
(212)808-2706
Fax: (866)738-9621
Email: abates@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.**

represented by **Samuel J. Abate, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/04/2007 | 1 | NOTICE OF REMOVAL by C.R. Bard, Inc., Davol, Inc. from Supreme Court of the State of New York, Queens County, case number 28214/07. ( Filing fee $ 350) (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 12/06/2007) |
| 12/04/2007 | 2 | DISCLOSURE of Interested Parties by C.R. Bard, Inc., Davol, Inc.. (Davis, Kimberly) (Entered: 12/06/2007) |
| 12/06/2007 | 3 | ANSWER to Complaint by C.R. Bard, Inc., Davol, Inc.. (Abate, Samuel) (Entered: 12/06/2007) |
| 12/07/2007 | 4 | SCHEDULING ORDER: An Initial Conference has been scheduled for 1/17/08 at10:00a.m. before Magistrate-Judge Kiyo A. Matsumoto at 225 Cadman Plaza East, Brooklyn, New York. Parties are directed to check in with chambers, room 1227-s, upon arrival. All counsel must be present. Plaintiffs' counsel is directed to confirm with defendant(s) that all necessary participants are aware of this conference. (See order attached).Ordered by Magistrate Judge Kiyo A. Matsumoto on 12/7/07. (Williams-Jackson, Sandra) (Entered: 12/07/2007) |
| 01/11/2008 | 5 | Letter by C.R. Bard, Inc., Davol, Inc. (Abate, Samuel) (Entered: 01/11/2008) |
| 01/11/2008 | | ORDER denying 5 Letter Requesting Adjournment of 1/17/08 Initial Conference. Because the Judicial Panel on MDL has not ordered transfer of this case, and because there is no indication when, if ever, they might do so, the court DENIES defendant's motion to adjourn. Ordered by Magistrate Judge Kiyo A. Matsumoto on 1/11/08.(Loy, Joseph) (Entered: 01/11/2008) |
| 01/11/2008 | 8 | Letter dated January 8, 2008, from U.S. Judicial Panel on Multidistrict Litigation to David A. DiMarzio, Clerk, re MDL No. 1842. (Abdallah, Fida) (Entered: 01/15/2008) |
| 01/14/2008 | 6 | Letter by C.R. Bard, Inc., Davol, Inc. (Abate, Samuel) (Entered: 01/14/2008) |
| 01/14/2008 | | ORDER re 6 Letter filed by C.R. Bard, Inc. & Davol, Inc.: The court hereby ADJOURNS without date the initial conference scheduled for 1/17/08. Defendants' counsel shall submit a status letter on 1/31/08 regarding any developments as to the potential transfer of this case to the MDL court. Ordered by Magistrate Judge Kiyo A. Matsumoto on 1/14/08. (Loy, Joseph) (Entered: 01/14/2008) |
| 01/15/2008 | 7 | Letter dated January 14, 2008, from the District of Rhode Island to the EDNY enclosing a certified copy of the Order from the Judicial Panel on Multidistrict Litigation transferring this case to the District of Rhode Island and requesting the case file. (Attachments: # 1 certified copy of the Order from the Judicial Panel on Multidistrict Litigation) (Abdallah, Fida) (Entered: 01/15/2008) |
| 01/15/2008 | | Case transferred to District of Rhode Island via ECF. (Abdallah, Fida) (Entered: 01/15/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/16/2008 08:01:11 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-05032-CPS-KAM |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |